■ SANDRA J. CROISDALE et al., Respondents, v ROBERT R. WEED et al., Appellants. (Appeal No. 2.) [29 NYS3d 838]—Appeal from an order of the Supreme Court, Niagara County (Matthew J. Murphy, III, A.J.), entered June 18, 2015. The order denied the motion of defendants for leave to renew their motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Croisdale v Weed* ([appeal No. 1] 139 AD3d 1363 [2016]). Present—Smith, J.P., Carni, Lindley, Curran and Troutman, JJ.

■ MICHELLE M. WALDO, Appellant, v MINSOO KANG et al., Respondents. (Appeal No. 1.) [29 NYS3d 838]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered January 23, 2015. The order denied the motion of plaintiff to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Smith, J.P., Carni, Lindley, Curran and Troutman, JJ.